JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEVEN LIODAS,<br><br>Plaintiff,<br><br>vs.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE, et al.,<br><br>Defendants. | Case No. SACV 10-0007-SVW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 29, 2010

*[signature]*

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE